# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
## CRIMINAL MINUTE SHEET
## SENTENCING



**FILED**

3:41 pm, 3/13/24

**Margaret Botkins**
**Clerk of Court**

| | | | |
|---|---|---|---|
| Date: | March 13, 2024 | Before the Honorable: | Scott W. Skavdahl |
| Time: | 1:03 - 3:21 PM | Interpreter: | |
| Case No: | 2:23-CR-00141-SWS | Interpreter Phone: | |

☐ Non-Public Document

__UNITED STATES OF AMERICA__ VS __CODY LEE FOSTER__

| Elayna Thorsell | Megan Strawn | Kristen Simmer | ZC/CG |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**   Government: Christyne Martens

☐ CJA  ☐ FPD  ☑ RET  ☐ WAIVED   Defendant: Thomas Fleener

Other:

☑ Defendant acknowledges having read the presentence report
☐ Objections to presentence report

☑ Witness(es)   Gov: Eileen Gavagan; Victim Impact Statements from E.V.'s mother, paternal grandmother, maternal grandmother
Def: Defendant's sister; Uncle Ron Peterson; Uncle Paul Peterson

☐ Exhibits received by Court

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

| For a period of | 10 | Years | as to Count(s) | 1 |
| For a period of | 30 | Years | as to Count(s) | 2 |
| For a period of | 30 | Years | as to Count(s) | 3 |
| For a period of | 30 | Years | as to Count(s) | 5 |
| For a period of | 30 | Years | as to Count(s) | 7 |
| For a period of | 30 | Years | as to Count(s) | 8 |
| For a period of | 30 | Years | as to Count(s) | 9 |

WY60

Rev. 10/17/2022

☑ Sentence shall be served       concurrent       to   Counts 1, 2, 3, 5, 7, 8; Consecutive to Count 9
☐ Defendant is sentenced to time served
    ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**
    For a period of    LIFE    as to Count(s)   1-3,5,7-9

☑ Supervised Release shall be served    concurrent    to   Counts 1, 2, 3, 5, 7, 8, ,9
☐ Defendant to be deported upon release from confinement
☐ Defendant is placed on **probation** for a period of

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

☑ Obey all laws, Federal, State & Local                    ☑ Report to Probation w/in 72 hours of release
☑ Abide by the standard conditions of supervision         ☑ Provide complete financial disclosure as directed
☐ Home confinement for a period of _____               ☐ Electronic monitoring as directed by Probation
☑ Not use or possess firearms/ammunitions/explosives     ☑ Not use or possess controlled substances/drugs
☑ Not purchase, use or possess alcohol/intoxicants; frequent  ☑ Not open new lines of credit or incur new debt
   places where alcohol is bought, sold or dispensed      ☐ Submit to additional drug/alcohol testing and treatment
☐ Submit to mandatory drug testing (w/in 15 days of release)  ☑ Mandatory drug testing is waived
☑ Notify Probation of change in economic circumstance    ☐ DNA collection
☑ Notify employers of conviction                          ☐ Cognitive/Behavioral Treatment
☑ Standard Sex Offender Conditions Apply                  ☐ Submit to search as conducted by US Probation Officer
☐ Mental Health evaluation and follow through
☑ Other (continued from conditions of Probation/Supervised Release)
See Judgment for complete conditions of Supervised Release

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of   $700.00    as to Count(s)   1,2,3,5,7,8,9
                                              For a total of:   $700.00
☑ Special assessment is due and payable immediately
☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid
   shall be paid during the term of supervision but no later than   60 days
   prior to the expiration of supervision
☑ Special assessment shall be paid in monthly installments of at least   10% gross monthly income
  during the term of supervision
☐ Special assessment remitted upon deportation of the defendant
☐ Other

- [✓] Defendant shall make **restitution** in the amount of $21,000.00 as to Count(s) 1
  For a **total** of: $21,000.00
- [✓] Restitution is due and payable immediately
- [✓] Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of the supervision but no later than 60 days prior to the expiration of supervision
- [✓] Restitution shall be paid in monthly installments of at least 10% gross monthly income during the term of supervision
- [ ] Restitution shall be paid jointly and severally with _____ during the term of supervision
- [✓] Other: Restitution to remain open until June 3
- [ ] Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

- [✓] Defendant is **remanded** to custody of US Marshal
- [ ] Defendant shall **surrender** to _____ USMS on/before _____ at _____
- [ ] Defendant shall **surrender** to designated prison on/before _____ at _____
- [ ] Defendant shall report to institution as directed by Probation
- [✓] Court **recommends placement** at FCI Englewood or FCI Sheridan
- [ ] Court recommends defendant participate in the prison industries program
- [ ] Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program
- [ ] Court recommends defendant participate in substance abuse treatment while incarcerated
- [ ] Court recommends ICE shall begin deportation proceeding during the service of this sentence
- [ ] Defendant advised of right to appeal       [ ] Defendant waives right to appeal
- [ ] Defendant shall forfeit the following property _____
- [ ] Count(s) _____ of the Indictment **dismissed** on the motion of the United States
- [ ] Other _____

## MISCELLANEOUS